No. 98–6726. CARSON v. KAUTZKY, DIRECTOR, IOWA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied. ■

No. 98–6727. WILLIAMS v. MCLAUGHLIN ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–6729. WAMBACH v. EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6733. VILLALBA v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6735. ALVARADO ET VIR v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 98–6736. CROSS v. DROZD ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6737. CROSS v. PELICAN BAY STATE PRISON. C. A. 9th Cir. Certiorari denied.

No. 98–6738. SIMS v. BROWN. C. A. 4th Cir. Certiorari denied.

No. 98–6740. SELLERS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6741. PALOMINO v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 98–6742. WALKER v. SUMNER ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6743. WILLIAMS v. COUNTY OF STANISLAUS PLANNING DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 98–6744. TAYLOR v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE. C. A. 7th Cir. Certiorari denied.

No. 98–6745. PIERCE v. LOCAL 863, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL. C. A. 3d Cir. Certiorari denied.